**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHN DOES # 1 & 2,

    Plaintiff,

        v.                                           Case No. 16-13137

RICHARD SNYDER et al.,

    Defendants.
_____/

**ORDER STAYING AND ADMINSITRATIVELY CLOSING CASE FOR STATISTICAL PURPOSES ONLY**

This is a purported class action for declaratory and injunctive relief challenging the constitutionality of various provisions in Michigan's Sex Offenders Registration Act ("SORA" or "the Act"), Mich. Comp. Laws § 28.721, et seq. Pending before the court are two motions: a motion to dismiss filed by Defendants Governor Richard Snyder and Colonel Kriste Etue (Dkt. # 12) and a motion for appointment of interim class counsel filed by Plaintiffs (Dkt. # 10). At the motion hearing held April 19, 2017, counsel for both parties moved the court to stay this proceeding until the Supreme Court resolves the petition for certiorari currently pending on *Does v. Snyder*, 834 F.3d 696 (6th Cir. 2016), *petition for cert. filed* December 14, 2016.

The court agrees with the parties that a stay would conserve the resources of counsel and this court, as well as generally serve the interests of justice. Thus, the court will grant the motion and stay the case pending the resolution of *Does v. Snyder*. The stay will be imposed on all issues without ruling on the merits of either of the pending motions. Accordingly,

IT IS ORDERED this case is STAYED pending resolution of *Does v. Snyder*, 834 F.3d 696 (6th Cir. 2016), *petition for cert. filed* December 14, 2016. Plaintiff is DIRECTED to notify the court immediately when the Supreme Court rules on the pending petition for certiorari.

IT IS FURTHER ORDERED that this matter is ADMINISTRATIVELY CLOSED for statistical purposes only. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.**

                                              s/Robert H. Cleland            /
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: April 21, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 21, 2017, by electronic and/or ordinary mail.

                                              s/Lisa Wagner               /
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522