UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES # 1 & 2,

    Plaintiffs,

  v.                                    Case No. 16-13137

RICHARD SNYDER et al.,

    Defendants.
                                          /

## ORDER REOPENING CASE AND SETTING DEADLINES

On November 2, 2017, the court held a status conference with the parties following the Supreme Court's denial of certiorari on *Does v. Snyder*, 834 F.3d 696 (6th Cir. 2016), *cert. denied* 2017 WL 4339925 (Oct. 2, 2017). At the conference, the parties agreed that the case should now be reopened and that they should update their respective pending motion to dismiss (Dkt. #12) and motion to appoint interim class counsel (Dkt. #10). The parties have also agreed to deadlines for these updated motions and responses, and the court concurs that these deadlines are appropriate. Accordingly,

IT IS ORDERED that the clerk of the court is DIRECTED to reopen this case and re-institute the matter on the court's active docket.

IT IS FURTHER ORDERED that Plaintiffs are DIRECTED to update their motion to appoint interim class counsel (Dkt. #10) and Defendants are DIRECTED to update their motion to dismiss (Dkt. #12) no later than **November 20, 2017**.

IT IS FURTHER ORDERED that responses to updated motions are due no later than **November 28, 2017**.

                                                              s/Robert H. Cleland                /
                                                              ROBERT H. CLELAND
                                                              UNITED STATES DISTRICT JUDGE

Dated:  November 13, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 13, 2017, by electronic and/or ordinary mail.

                                                              s/Lisa Wagner                   /
                                                              Case Manager and Deputy Clerk
                                                              (810) 292-6522

S:\Cleland\KNP\Civil\16-13137.DOE.reopen.case.set.deadlines.KNP.docx