**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHN DOE 1 -2,
On behalf of themselves
and all others similarly situated,

    Plaintiff,                                                 Case No. 2:16-cv-13137

v.                                                                Hon. ROBERT H. CLELAND

RICHARD SNYDER, Governor of the          Mag. DAVID R. GRAND
State of Michigan, and COL. KRISTE
ETUE, Director of the Michigan State
Police, in their official capacities,

    Defendants.
_____/

## STIPULATED ORDER ALLOWING FILING OF AMENDED COMPLAINT AND AMENDED RESPONSES; and DENYING PENDING MOTION TO DISMISS AS MOOT

This matter having come before the Court on the parties' stipulation and the Court having been fully advised thereon;

IT IS HEREBY ORDERED that Plaintiff may file an amended complaint.

IT IS FURTHER ORDERED that Defendant shall respond to the amended complaint within the time-period provided for by Federal Rules of Civil Procedure and will not be subject to default prior to the expiration of that time-period or any agreed or ordered extension of that time-period.

IT IS FURTHER ORDERED that Defendant's pending Motion to Dismiss is denied as moot; in as much as it is based on a complaint that will be amended

pursuant to this Order. This denial shall not effect Defendant's ability within their discretion, to renew or file a new motion to dismiss in response to Plaintiff's Amended Complaint.

Approved as to
Substance and form:

/s/Alyson Oliver
Attorney for Plaintiff

/s/Margaret Nelson
Attorney for Defendant

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: January 26, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 26, 2018, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522