UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN DOES #1-6, on behalf of themselves
and all others similarly situated,

        Plaintiffs,

v.

RICHARD SNYDER, Governor of the
State of Michigan, and COL. KRISTE
ETUE, Director of the Michigan State
Police, in their official capacities,

        Defendants.

File No. 2:16-cv-13137

Hon. Robert H. Cleland

Mag. Judge David R. Grand

_____

**STIPULATED ORDER TO PROCEED ANONYMOUSLY
AND TO ENTER PROTECTIVE ORDER**

The parties, by counsel, stipulate that the plaintiffs may proceed in this action anonymously for the same reasons that this Court granted the plaintiffs' unopposed motion to proceed anonymously in *Does #1-5 v. Snyder,* E.D. Mich. No. 2:12-cv-11194, Order Granting Plaintiffs' Motion to Proceed Anonymously, Doc #11 (4/18/12). Here, as there, although the plaintiffs' personal information and status as sex offenders may already be available to the public as a result of being listed on the Michigan Sex Offender Registry, their association with this lawsuit, which challenges governmental action, is not known to the public. The parties agree that to reveal the plaintiffs' true identity would not simply subject

1

them to the general opprobrium associated with their status as sex offenders, but could subject them to violent retaliation or harassment for exercising their rights as citizens. The Court is satisfied that the plaintiffs' privacy and safety interests substantially outweigh the presumption of open judicial proceedings. Moreover, allowing the plaintiffs to proceed anonymously will not materially impinge upon the defendants' ability to defend against the lawsuit because the plaintiffs are willing to disclose their names and other pertinent information to the defendants' counsel upon request.

The parties also stipulate to the entry of a protective order to enforce this order. Accordingly,

IT IS ORDERED that the plaintiffs may proceed anonymously in this action. The parties have already submitted a stipulated protective order with respect to the information the plaintiffs seek to protect, which the Court will review separately.

SO ORDERED.

      S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  July 2, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 2, 2018, by electronic and/or ordinary mail.

           <u>S/Lisa Wagner</u>
           Case Manager and Deputy Clerk
           (810) 292-6522

The approvals of counsel are on page 3.

Approved by:

<u>s/ Paul D. Reingold (P27594)</u>
Co-counsel for Plaintiffs
Michigan Clinical Law Program
363 Legal Research Building
801 Monroe Street
Ann Arbor, MI 48109-1215
(734) 763-4319 – pdr@umich.edu

<u>s/ Adam Sadowski (P73864)</u>
<u>s/ Jared D. Schultz (P80198)</u>
Attorneys for Defendants
Michigan Dept. of Attorney General
525 West Ottawa Street
P.O. Box 30736
Lansing, MI 48933-1067
(517) 373-6434 – sadowskia@michigan.gov

3