UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOHN DOE #1-6,

    Plaintiffs,

v

RICHARD SNYDER, Governor of the State of Michigan; KRISTE ETUE, Col, Director of the Michigan State Police,

    Defendants.

No. 2:17-cv-13137

HON. ROBERT H. CLELAND

MAG. DAVID R. GRAND

Miriam J. Aukerman (P63165)
American Civil Liberties Union of MI
Co-Attorney for Plaintiffs
West MI Regional Office
1514 Wealth ST., SE
Grand Rapids, MI 49506
616.301.0930
maukerman@aclumich.org

Paul D. Reingold (P27594)
Co-Attorney for Plaintiffs
University of MI
801 Monroe St.
363 Legal Research Bldg
Ann Arbor, MI 48109
734.763.4319
mclp@umich.edu

Joseph T. Froehlich (P71887)
Attorney for Defendants
Complex Litigation Division
P.O. Box 30736
Lansing, MI 48909
517.335.3055
froehlichj1@michigan.gov

Alyson L. Oliver (P55020)
Co-Attorney for Plaintiffs
1647 W. Big Beaver Road
Troy, MI 48084
248.327.6556
notifications@oliverlg.com

/

**STIPULATED ORDER
EXTENDING TIME TO RESPOND
TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

The parties, by counsel, stipulate to an order extending the time for Defendants to respond to Plaintiffs' motion for partial summary judgment to Monday, May 6, 2019.  The time for Plaintiffs to file a reply brief is extended to Monday, May 20, 2019.

IT IS SO ORDERED.

 s/Robert H. Cleland
Hon. Robert H. Cleland
U.S. District Judge

Dated:  April 22, 2019

Approved by:

*s/ Miriam Aukerman* (w/consent)
Attorney for Plaintiffs
American Civil Liberties Union
 Fund of Michigan
1514 Wealthy SE, Suite 242
Grand Rapids, MI 49506
(616) 301-0930 - maukerman@aclumich.org

*s/Joseph T. Froehlich*
Attorneys for Defendants
Michigan Dept. of Attorney General
525 West Ottawa Street
P.O. Box 30736
Lansing, MI 48933-1067
(517) 335-3055 – froehlichj1@michigan.gov