**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOHN DOE, et al.,

    Plaintiffs,
v.                                                              Case No. 16-13137

RICHARD SNYDER, et al.,

    Defendants.
                                       /

## OPINION AND ORDER DENYING MOTION FOR STATUS CONFERENCE

Curwood Price, a member of the certified class in this case, filed a "Motion for Status Conference." (ECF No. 52.) The court has already certified the class in this case pursuant to Federal Rule of Civil Procedure 23(b)(2). As such, Mr. Price has no standing to separately litigate any of the claims at issue or represent himself individually. *See Walmart-Stores, Inc. v. Dukes*, 564 U.S. 338, 361 (2011). All filings in this case are publicly available, and Mr. Price—the same as any other member of the public—may review the filings electronically through the court's docket. Accordingly,

IT IS ORDERED that the Motion for Status Conference (ECF No. 52) is DENIED.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: July 8, 2019
I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 8, 2019, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (810) 292-6522