UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE, et al.,

    Plaintiffs,
v.                                            Case No. 16-13137

RICHARD SNYDER, et al.,

    Defendants.
_____/

**ORDER TERMINATING AS MOOT PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

On July 12, 2018, Plaintiffs filed a Motion for Partial Summary Judgment requesting declaratory and injunctive relief on the ex post facto claims alleged in the Second Amended Complaint. The landscape of this case has drastically changed since the filing of Plaintiffs' motion. The court has entered a stipulated order for declaratory judgment (ECF No. 55) on Plaintiffs' ex post facto claims, and the parties have been engaged in joint efforts to reach a legislative resolution to this case. Additionally, the court has entered a stipulated briefing order (ECF No. 60) outlining the claims still at issue in this proceeding and establishing revised deadlines for the parties to submit refreshed briefing. Based on these developments, it appears that Plaintiffs' original Motion for Partial Summary Judgment is now moot. The remaining claims in this case will be briefed pursuant to and in accordance with the stipulated briefing order. For the purpose of docket clarity, the court will terminate Plaintiffs' pending motion.

Nothing in this order should be construed as an adjudication on the merits of Plaintiffs' motion or impact the parties' substantive rights in any way. Accordingly,

IT IS ORDERED that Plaintiffs' Motion for Partial Summary Judgment (ECF No. 40) is TERMINATED AS MOOT.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: September 17, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 17, 2019, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (810) 292-6522

S:\Cleland\Cleland\HEK\Civil\16-13137.DOES.terminate.as.moot.msj.HEK.docx