**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOHN DOE, et al.,

      Plaintiffs,
v.                                        Case No. 16-13137

RICHARD SNYDER, et al.,

      Defendants.
_____/

**ORDER SETTING DATES FOR BRIEFING**

On December 17, 2019, the court held a joint status conference for the cases of *Does v. Snyder*, No.16-13137 ("*Does II*") and *Does v. Curran*, No. 18-1935 ("*Curran*"), which was recently transferred to this court as a companion to *Does II*. The parties agreed at the conference that the equitable claims of the *Curran* Plaintiffs are subsumed by the equitable claims currently being litigated by the *Does II* certified class. The court explained that it will dismiss the equitable claims in *Curran* upon receipt of the parties' anticipated stipulated order to extend the preliminary injunction issued in *Curran* during the pendency of *Does II*. The court expects the parties to promptly begin work on formulating such a proposed order.

During the conference, Plaintiffs' counsel in *Does II* stated that by Monday, December 23, 2019, they would file a motion addressing their remaining constitutional claims related to vagueness, strict liability, and the First Amendment. The parties agreed to a briefing schedule that will potentially allow the remaining constitutional challenges to be heard at the motion hearing for the ex post facto *Does II* claims currently scheduled for February 5, 2020. Accordingly,

IT IS ORDERED that the *Does II* Plaintiffs' motion on the remaining constitutional claims is due **December 23, 2019**.

IT ORDERED that Defendants' response is due **January 13, 2020**.

FINALLY, IT IS ORDERED that Plaintiffs' reply is due **January 24, 2020**.

s/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated: December 18, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 18, 2019, by electronic and/or ordinary mail.

s/Lisa Wagner  
Case Manager and Deputy Clerk  
(810) 292-6522

S:\Cleland\Cleland\HEK\Civil\16-13137.DOES.order.setting.dates.HEK.docx