UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN DOE, et al.,

       Plaintiffs,

v.                                      Case No. 16-13137

RICHARD SNYDER, et al.,

       Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE**

The court held a telephonic conference with counsel on February 16, 2021 to determine the status of the case and to discuss Defendants' outstanding motion, (ECF No. 108), for an extension of time to file responsive briefing. During the conference, the parties indicated that they had come to a mutual agreement on a new briefing schedule for Plaintiffs' "Amended Motion for Judgment." (ECF No. 107). Therefore, the court will grant Defendants' motion (ECF No. 107).  Accordingly,

IT IS ORDERED that Defendants' "Motion for Extension of Time to File Response/Reply" (ECF No. 108) is GRANTED.

IT IS ORDERED that Defendants' response to Plaintiffs' "Amended MOTION for Judgment" is due by **February 26, 2021.**

IT IS FURTHER ORDERED that Plaintiffs' reply brief is due by **March 8, 2021.**

                                      s/Robert H. Cleland        /
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated:  February 19, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 19, 2021, by electronic and/or ordinary mail.

                                            s/Lisa Wagner                              /
                                            Case Manager and Deputy Clerk
                                            (810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\16-13137.DOESII.order.setting resp deadline.AAB.docx