UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES #1-6, on behalf of
themselves and all others
similarly situated,

        Plaintiffs,

v.

RICHARD SNYDER, Governor of
the State of Michigan, and COL.
KRISTE ETUE, Director of the
Michigan State Police, in their
official capacities,

        Defendants.

File No. 2:16-cv-13137
Hon. Robert H. Cleland
Mag. J. David R. Grand

**ORDER FOR PRODUCTION
OF CLASS MEMBER INFORMATION**

Pursuant to this Court's June 21, 2021, Opinion and Order (R. 121) and Amended Final Judgment (R. 126),

IT IS ORDERED THAT:

1. The State Defendants shall, through their vendor, provide to Plaintiffs' counsel class lists containing the information in paragraph 2 for all individuals subject to registration under Michigan's Sex Offenders Registration Act, Mich. Comp. Laws § 28.721 *et seq.*

1

("SORA"), including individuals with initial registrations pending review and processing by the MSP SOR Unit who will be registered under SORA and inactive registrants who are not residents of this State and not required to report under SORA (collectively, "Registrant(s)"). *See* Mich. Comp. Laws § 28.723 (identifying individuals required to be registered).

2. The class list(s) shall contain the following information:

    a. Name;

    b. Date of birth;

    c. Tier level;

    d. Address last provided;[1]

    e. MDOC ID number (if incarcerated);

    f. Phone number last provided;

    g. Email address last provided; and

---

[1] For individuals in a State of Michigan correctional facility or county jail, the address field will indicate that the individual is incarcerated. Consistent with the Order For Providing Notice to Class Members, Prosecutors, and Law Enforcement, the State Defendants shall produce a mailing list for Registrants identified as incarcerated in county jail to whom notice must be mailed because delivery in the jail cannot be accomplished.

2

    h. Offense information including conviction statute, offense date, conviction date, and court of conviction for all registrable offenses.

3. In addition, the class lists shall categorize Registrants into two subcategories: (1) Registrants who committed registrable offense(s) before July 1, 2011, and no registrable offense(s) since; and (2) Registrants who committed registrable offense(s) on or after July 1, 2011.

4. The State Defendants' ability to, through their vendor, provide complete information described in paragraphs 2 and 3 for each Registrant is limited to the information presently contained in the Michigan State Police (MSP) Sex Offender Registry (SOR) Unit's database.  To the extent that the MSP SOR Unit's database contains incomplete information for a Registrant (e.g., because complete offense information was not provided to the MSP SOR Unit, or the Registrant's email address has been deleted from the database), the State Defendants shall have no obligation to obtain and provide information not contained in the SOR database.

5. The class lists shall be provided in a searchable, manipulable, sortable electronic format, such as an Excel spreadsheet. The State Defendants may provide the information required in paragraphs 2 and 3 in up to six spreadsheets, organized by the subcategories identified in paragraph 3 and/or tier level. By agreement of the parties, the number of spreadsheets can be increased.

6. All class list information required under this order shall be provided no later than November 5, 2021, except that the dates in the Order For Providing Notice to Class Members, Prosecutors, and Law Enforcement shall govern the provision of a mailing list for Registrants identified as incarcerated in county jails to whom notice must be mailed because delivery in the jail cannot be accomplished.

SO ORDERD,

s/Robert H. Cleland          /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: October 22, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 22, 2021, by electronic and/or ordinary mail.

s/Lisa Wagner                              /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\16-13137.DOESII.ClassProductionOrder.AAB.docx