UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JOHN DOES #1-6, on behalf of themselves
and all others similarly situated,

                        Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities

                        Defendants.

File No. 2:16-cv-13137

Hon. Robert H. Cleland

Mag. J. David R. Grand

---

## STIPULATED ORDER TO ADJOURN SETTLEMENT CONFERENCE

The parties, by counsel, stipulate as follows:

1. This Court referred the parties to Magistrate Judge Grand pursuant to 28 U.S.C. § 636(b)(3) to conduct a settlement conference, after the parties reported that they were unable to reach a settlement on their own. *See* R. 135, Order of Reference (Jan. 12, 2022).

2. Judge Grand set the conference for Tuesday, April 12, 2022, at 10:00 a.m., with documents to be supplied to the Court by Friday, April 8, at 4:30 p.m. *See* R. 137, Notice to Appear (Feb. 25, 2022).

3. In the meantime, the parties continued to negotiate and have now reached a tentative settlement. (The parties have agreed on the amount of attorneys' fees to be paid, and are working out a timetable for the payment to be completed.)

4. Accordingly, the parties agree that the settlement conference should be adjourned with an open date, with the expectation that the mediation will not be needed, and that a settlement order will soon follow.

SO ORDERED.

s/David R. Grand
_____
Hon. David R. Grand
U.S. Magistrate Judge

Dated: April 8, 2022 Approved

as to form and content:

 s/ Miriam J. Aukerman (P63165)
American Civil Liberties Union of MI
Co-Attorney for Plaintiffs
West MI Regional Office
1514 Wealth St., SE
Grand Rapids, MI 49506
616-301-0930
maukerman@aclumich.org

 s/ Paul D. Reingold (P27594)
Co-Attorney for Plaintiffs
University of MI Law School
802 Legal Research Bldg.
801 Monroe Street
Ann Arbor, MI 48109-1215
734-763-4319
mclp@umich.edu

 s/ Alyson L. Oliver (P55020)
Co-Attorney for Plaintiffs
1647 W. Big Beaver Road
Troy, MI 48084
248-327-6556
notifications@oliverlg.com

 s/ Eric M. Jamison (P75721)
Assistant Attorney General
Attorney for Defendants Whitmer
and Gasper
Michigan Dep't of Attorney
  General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
517-335-7573
jamisone@michigan.gov