UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

JOHN DOES, #1-6, on behalf of
themselves and all others similarly
situated,

No. 2:16-cv-13137

    Plaintiffs,

HON. ROBERT H. CLELAND

v

MAG. DAVID R. GRAND

GRETCHEN WHITMER, Governor of
the State of Michigan, COL.
JOSPEH GASPER, Director of the
Michigan State Police, in their official
capacities,

    Defendants.

_____

**STIPULATED ORDER RESOLVING PLAINTIFF'S REQUEST
FOR ATTORNEYS' FEES AND COSTS**

This matter having come before the court upon the Stipulated

Order of the parties;

IT IS HEREBY ORDERED, that the parties have resolved the

issues regarding attorney fees and costs and any proceedings related to

same are closed.


s/David R. Grand
David R. Grand
United States Magistrate Judge


Stipulated:

/s/ Miriam Aukerman with permission by EMJ
Miriam J. Aukerman (P63165)
Attorney for Plaintiffs


/s/ Paul Reingold with permission by EMJ
Paul D. Reingold (P27594)
Attorney for Plaintiffs


/s/ Alyson Oliver with permission by EMJ
Alyson L. Oliver (P55020)
Attorney for Plaintiffs


/s/ Eric Jamison
Eric M. Jamison (P75721)
Attorney for Defendants

2016-0149797-B